### Commonwealth ex rel. Goode, Appellant, v. Maroney.

Submitted November 9, 1964. *Eddie B. Goode,* appellant, in propria persona; *Louis Abromson,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

### Commonwealth ex rel. Holden, Appellant, v. Maroney.

Submitted November 9, 1964. *Daniel T. Zamos,* for appellant; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

### Commonwealth ex rel. Jackson, Appellant, v. Maroney.

Submitted November 9, 1964. *James Jackson,* appellant, in propria persona; *John K. Best,* First Assistant District Attorney, and *Richard E. McCormick,* District Attorney, for appellee.

Order affirmed.